UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. CR420 063 |
| | ) | |
| v. | ) | 18 U.S.C. § 2251(a) |
| | ) | Production of Child Pornography |
| BOBBY FIELDS | ) | |
| | ) | |
| | ) | |
| | ) | 18 U.S.C. § 2252A(a)(5)(B) |
| | ) | Possession of Child Pornography |

### PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses described in the Indictment are as follows:

**Counts 1-3:**   **Production of Child Pornography**
18 U.S.C. § 2251(a)

- Not less than fifteen (15) years of imprisonment but not more than thirty (30) years of imprisonment
- Not more than a $250,000 fine;
- Not less than five (5) years of supervised release, but not more than life;
- Forfeiture of forfeitable assets;
- $100 special assessment;
- An assessment of $5,000.00 per count under 18 U.S.C. §3014;
- An assessment, pursuant to 18 U.S.C. §2259A, per count;
- Registration as a sex offender under the Sex Offender Registration and Notification Act; and
- Mandatory restitution under 18 U.S.C. § 2259.

**Counts 4:**          **Possession of Child Pornography**
                       18 U.S.C. § 2252A(a)(5)(B)

- Not more than twenty (20) years of imprisonment;
- Not more than a $250,000 fine;
- Not less than five (5) years of supervised release, but not more than life;
- Forfeiture of forfeitable assets;
- $100 special assessment;
- an assessment of $5,000.00 per count under 18 U.S.C. §3014;
- An assessment, pursuant to 18 U.S.C. §2259A, per count;
- Registration as a sex offender under the Sex Offender Registration and Notification Act; and
- Mandatory restitution under 18 U.S.C. § 2259.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

**/s/ Jennifer Kirkland**
Jennifer Kirkland
Assistant United States Attorney
New York Bar No. 4838611

2